FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHY HAY; DAWNA LARSON; and LUCAS BROOKLYN ANDERSON,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>ASOTIN COUNTY, WASHINGTON; ASOTIN COUNTY HEALTH DISTRICT; ASOTIN COUNTY BOARD OF HEALTH; ROBERT LUTZ, in his official capacity as the Local Health Officer of Asotin County Health District; JOHN WIESMAN, in his official capacity as the Secretary of Health of the Washington State Department of Health; KEITH GRELLNER, in his official capacity as the Chair of the Washington State Board of Health; and CHRISTOPHER SEUBERT, in his official capacity as Chairman of the Asotin County Board of Commissioners and member of the Asotin County Board of Health,<br><br>　　　　　　　Defendants. | NO: 2:20-CV-155-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with

2  Prejudice, ECF No. 50.  Having reviewed the Motion and the record, the Court is

3  fully informed and finds good cause to grant dismissal.  Accordingly, **IT IS**

4  **HEREBY ORDERED**:

5    1. The Stipulated Motion to Dismiss with Prejudice, **ECF No. 50**, is

6       **GRANTED**.

7    2. Plaintiffs' Complaint is dismissed **with prejudice** and without fees or

8       costs to any party.

9    3. All pending motions, if any, are **DENIED AS MOOT**.

10    4. All scheduled court hearings, if any, are **STRICKEN**.

11    5. This Court retains jurisdiction for the purpose of enforcing the terms of the

12       Settlement Agreement.  *See* ECF No. 50-1.

13  **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this

14  Order, enter judgment of dismissal with prejudice, provide copies to counsel, and

15  **close this case**.

16  **DATED** July 29, 2021.

17

18                              *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                                United States District Judge

19

20

21

ORDER OF DISMISSAL WITH PREJUDICE ~ 2