# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 30, 2021

SEAN F. McAVOY, CLERK

KATHY HAY; DAWNA LARSON; and LUCAS BROOKLYN ANDERSON,

*Plaintiff*

ASOTIN COUNTY, WASHINGTON; ASOTIN COUNTY HEALTH DISTRICT; ASOTIN COUNTY BOARD OF HEALTH; Robert Lutz, in his official capacity as the Local Health Officer of Asotin County Health District; John Wiesman, in his official capacity as the Secretary of Health of the Washington State Department of Health; Keith Grellner, in his official capacity as the Chair of the Washington State Board of Health; and Christopher Seubert, in his official capacity as Chairman of the Asotin County Board of Commissioners and member of the Asotin County Board of Health.

*Defendant*

Civil Action No. 2:20-CV-155-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Stipulated Motion to Dismiss with Prejudice, ECF No. 50, is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ Presiding Judge Rosanna Malouf Peterson on a stipulated motion for dismissal.

Date: 07/30/2021

CLERK OF COURT

SEAN F. McAVOY

s/ Mishani Jack-Gonzalez
*(By) Deputy Clerk*

Mishani Jack-Gonzalez